391 A.2d 702

Commonwealth v. Valezquez, Appellant.

Submitted March 20, 1978. Hugh C. Clark, for appellant; Michael R. Stiles, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

391 A.2d 702

Commonwealth v. Vasger, Appellant.

Submitted March 30, 1977. Joseph W. Mullin, Public Defender, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

Judgments of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.